IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-30074-GPM |
| | ) | |
| MACK SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING APPLICATION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of MACK SMITH in the United States District Court at East St. Louis, Illinois, on the 31st day of May 2007, at the hour of 11 a.m.

**IT IS SO ORDERED.**

**DATED this 30th day of May 2007.**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**